| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 15-07958 |
|---|---|---|
| VICTIM HUNT, ANDRE JAYQUAN | OFFENSE ASSAULT | INCIDENT DATE/TIME 07-06-2015 21:23 |

21:13:25      The elevator doors open and the force with which Sundquist held Hunt against the sliding doors is demonstrated by the way in which his face and body are pulled in the direction of the opening doors. Sundquist pushes Hunt into the corner of the elevator directly below the camera. Ashcraft enters the elevator.

21:13:41      Hunt turns his head to speak with Ashcraft. Sundquist pushes Hunt harder into the corner of the elevator. Sundquist pulls Hunt away from the corner of the elevator and pushes him hard into the same corner.

21:14:07      The elevator doors open and Sundquist escorts Hunt out into the booking area, followed by Ashcraft.

DVR 1, Camera 3, Booking

21:25:49      Sundquist escorts Hunt through booking, followed by Ashcraft, into Interview Room 2. (In his grievance, Hunt described Interview Room 2 as the "room with mirrors in booking".) Corrections Officer Tsai is in booking, on the phone at the booking desk, and is not in the vicinity of the surveillance camera monitors.

Interview Room 2 has a camera however that camera is monitored only. It is not recorded.

An additional camera in 3 West monitors cells 1 through 6. Since this incident took place behind the camera, there is no footage from this camera.

DVD copies were made of the referenced surveillance.

Next, I brought Hunt to the Chapel to speak with him about the incident. When asked to tell what happened, he gave an identical account of the incident as he wrote on the grievance. Hunt was returned to his cell.

Inmate Marcus Lashley was brought to the Chapel. He verbally gave a nearly identical account of the incident. Instead of having him write a statement, he was taken to the Detective Bureau Interview Room for a video / audio recorded statement. That statement contained the following information:

The interview began by asking Lashley to identify himself by name and date of birth. He further identified himself as an inmate of the Ashtabula County Jail and

acknowledged my position as the Jail Administrator. He acknowledged that the interview was being recorded and that no promises, gifts, or privileges were offered in exchange for his statement.

Lashley stated that on Monday, July 6th, Inmate Andre Hunt in cell 3 West-08 asked him to call booking on the emergency phone because he (Hunt) felt that he was "losing it". Lashley called the booking desk and spoke with Corrections Officer Schwartz. Lashley heard Schwartz relay the message to Corrections Officer Tsai, who was the officer in charge of the shift. Lashley felt that the way the message was conveyed, Schwartz and Tsai felt that Hunt was threatening officers by saying that he would do something if an officer didn't speak with him. Lashley heard Tsai say that Hunt should do what he has to do. Lashley gave Hunt the message and saw that he was getting mad. Lashley tried calming Hunt down and telling him not to act out. Hunt began flooding the housing area so Lashley called the booking desk. As he hung up the phone, Sundquist and Ashcraft were entering the housing unit.

Lashley stated that Sundquist entered the housing unit and immediately began yelling and calling Hunt derogatory names. Lashley knew that Sundquist was mad and described his voice as being "like thunder". Sundquist pointed to the inmates and told them, "Get the fuck by your doors." However, since Lashley's cell was directly beside Hunt's, he went to the day area instead. Lashley said that he "didn't know what I would do but if I would have seen anything too illegal, I don't know how I would have reacted" and that he made sure to watch what Sundquist did while interacting with Hunt. Lashley stood in the doorway so he could watch.

Sundquist told Ashcraft not to talk to Hunt but to "taze the mother fucker". Ashcraft was also yelling but was yelling commands such as not to move and to face the wall. The door opened and Sundquist told Hunt to get on his knees and to get on the floor. Lashley stated that while Hunt was on his knees and getting down to the floor, Sundquist pushed him down to the floor. Lashley said that he has been told to get on the floor in the past but described Sundquist's manner as a "little aggressive". Lashley saw the water on the floor in which Hunt was made to lay. Sundquist held Hunt's face down while he was handcuffed then Sundquist picked Hunt up by his collar, causing Hunt to be choked by his uniform.

Lashley said that while Hunt was being handcuffed, Sundquist called Hunt more derogatory names and told him, "Now you're going to pay." Lashley heard Hunt gagging and saying things like "Damn" as he was pushed onto the floor and

| REASON CLEARED | ☐ DEATH OF OFFENDER ☐ PROSECUTION DECLINED ☐ EXTRADITION DENIED | ☐ VICTIM REFUSED TO COOP ☐ JUVENILE/AD CUSTODY ☐ ARREST - ADULT | ☐ ARREST JUVENILE ☐ WARRANT ISSUED ☒ INVEST PENDING | ☐ CLOSED ☐ UNFOUNDED ☐ INVEST PENDING | DATE CLEARED |
|---|---|---|---|---|---|
| REPORTING OFFICER | KEMMERLE, JIM | | BADGE NO 12052 | | DATE 07-15-2015 |
| APPROVING OFFICER | CUMBERLEDGE, BRIAN | | 1454 | | 07-16-2015 |

| NARRATIVE SUPPLEMENT | Investigative Narrative ☐ | INCIDENT NUMBER 15-07958 |
|---|---|---|
| VICTIM HUNT, ANDRE JAYQUAN | OFFENSE ASSAULT | INCIDENT DATE/TIME 07-06-2015 21:23 |

saying "You're choking me." Hunt did not say anything to threaten, either directly or conditionally threaten, Sundquist or Ashcraft.

Hunt was handcuffed and Sundquist picked him up and pushed him into the wall, into his cell door, then into the sally port door, using Hunt's face and body to push the door open. Lashley yelled, "Sundquist, he's young. He don't know no better." Sundquist did not reply. Sundquist pushed Hunt through door with enough force that the door struck the wall behind it. Lashley did not know how the door closed; whether it bounced off the wall with enough force to close it or whether Ashcraft slammed the door behind him.

Lashley stated that when Hunt was returned to the housing unit by third shift officers, he did not have any obvious injuries or marks. Lashley said that Hunt was scared because Sundquist choked him.

Lashley added that Sundquist was pushing Hunt's head down on the floor in the water. He demonstrated that Sundquist's hand was pushing on Hunt's head in the top of the neck / base of the skull area. Lashley restated that he heard Hunt gagging while Sundquist picked him up, while handcuffed, to escort him out of the cell.

*[handwritten margin note: Mark Ashcroft Testimony ↓]*

The interview was concluded and Lashley was taken back to his housing unit.

Next, I called Mark Ashcraft in on his time off. I explained that I received a grievance on the incident and asked him to explain what happened. Ashcraft stated that, after Hunt flooded his cell, he and Sundquist went into the cell, handcuffed Hunt, and escorted him to Interview Room two. When I started asking about the specific allegations Hunt made, Ashcraft initially said that he didn't see or hear what happened. After I explained that the matter was very serious and could be referred for criminal charges, Ashcraft gave the following written statement:

"On July 6, 2015 at 2123 hours, Inmate Hunt clogged his toilet to make his cell fill with water. Myself (Mark Ashcraft) and Frank Sundquist responded to this. When we reached the cell door, we could see that Inmate Hunt's cell was full to the bottom of the door with water.

I pulled my TASER and pointed it at Inmate Hunt through the cuff port giving the commands to lay on the floor. Inmate Hunt complied. When Inmate Hunt was on the ground, C/O Sundquist and myself entered the cell.

C/O Sundquist entered the cell first at which point he placed his knee and his hand on the small of Inmate Hunt's back. C/O Sundquist took his other hand and placed it on the back of Inmate Hunt's head forcing Inmate Hunt's head under the water. Inmate Hunt was following directives and being compliant until C/O Sundquist forced his head under the water. Inmate Hunt was already cuffed when this happened. Inmate Hunt started to become resistant when C/O Sundquist forced his head under water.

After Inmate Hunt was taken out of his cell, C/O Sundquist used Inmate Hunt's body to push the enter door to open by pushing Inmate Hunt's body into the door.

When we entered the elevator, I asked Inmate Hunt why he did this. As Inmate Hunt was trying to answer me, C/O Sundquist forced Inmate Hunt's face into the corner of the elevator and stated that Hunt needs to "Shut the fuck up."

As we entered Interview 2 C/O Sundquist placed Inmate Hunt on the bench. As I was cuffing Inmate Hunt to the bench, C/O Sundquist placed both of his hands around the neck of Inmate Hunt stating that if he (Hunt) kicks me (Mark Ashcraft) he (C/O Sundquist) will fucking kill him."

I then asked, in written form, "Did Inmate Hunt act assaultive, resistive, or combative in the elevator or in Interview 2?" Ashcraft replied, "No".

I asked, "Other than while his head was pushed into the water, did inmate Hunt act assaultive, combative, or resistive during the incident, physically or verbally?" Ashcraft replied, "No".

Copies of the surveillance discs were entered into evidence. Andre Hunt's grievance, Mark Ashcraft's statement, and the Response to Resistance and Aggression report are attached.

The report was submitted to the Prosecutor's Office for charges against Frank Sundquist for five counts of assault against Andre Hunt (one each for holding his head under the water, for bodily pushing him through the sally port door, for forcing him against the opening elevator doors, for bodily shoving him into the corner of the elevator, and for choking him in Interview Room 2, all while Hunt was handcuffed), falsification for indicating on the report that Hunt was uncooperative / disruptive, resistive, and combative, and dereliction of duty since the incident occurred in the course of his duties.

REPORTING OFFICER: KEMMERLE, JIM — 07-15-2015
APPROVING OFFICER: CUMBERLEDGE, BRIAN — 1454 — 07-16-2015