UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE J. HUNT, | ) | CASE NO.: 1:17-cv-01444 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| v. | ) | |
| | ) | **MOTION TO SUPPLEMENT THE** |
| FRANK SUNDQUIST, et al., | ) | **RECORD ON APPEAL WITH JUROR** |
| | ) | **QUESTIONNAIRES** |
| Defendants. | ) | |

Now comes Defendant/Appellee Mark Ashcraft, through counsel, and respectfully requests the Clerk supplement the record on appeal with copies of the completed juror questionnaires that were utilized at the trial of this matter commencing on November 18, 2019. This cause is currently on appeal in the Sixth Circuit Court of Appeals, Case No. 19-4264.

Given the sensitive nature of the juror questionnaires, Defendant/Appellee recognizes that the Clerk may file these questionnaires with the appellate court under seal.

Respectfully submitted,

*/s/  Kenneth E. Smith*
TIMOTHY T. REID (0007272)
VERONICA T. GAROFOLI (0093345)
KENNETH E. SMITH (0090761)
MANSOUR GAVIN LPA
North Point Tower
1001 Lakeside Avenue, Suite 1400
Cleveland, Ohio 44114
(216) 523-1500; Fax (216) 523-1705
treid@mggmlpa.com
vgarofoli@mggmlpa.com
ksmith@mggmlpa.com
*Attorneys for Defendant Mark Ashcraft*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion to Supplement the Record on Appeal with Juror Questionnaires* has been filed electronically with the Court on this 27th day of March 2020.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

*/s/  Kenneth E. Smith*
TIMOTHY T. REID (0007272)
VERONICA T. GAROFOLI (0093345)
KENNETH E. SMITH (0090761)
*Attorneys for Defendant Mark Ashcraft*

2